# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-3166

———————————————

United States of America

*Plaintiff - Appellee*

v.

Leonard Deshawn Boyd

*Defendant - Appellant*

—————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

—————————

Submitted: January 26, 2024
Filed: February 2, 2024
[Unpublished]

—————————

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

—————————

PER CURIAM.

Leonard Deshawn Boyd appeals the sentence the district court[1] imposed after he pleaded guilty to escaping from custody. His counsel has filed a brief under

———————————

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

Anders v. California, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

We conclude that the district court did not impose a substantively unreasonable sentence. See United States v. Feemster, 572 F.3d 455, 461-62, 464 (8th Cir. 2009) (en banc) (substantive reasonableness of sentence is reviewed for abuse of discretion). The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. See id., 572 F.3d at 461-62; United States v. Stults, 575 F.3d 834, 849 (8th Cir. 2009) (where district court makes individualized assessment based on facts presented, addressing defendant's proffered information in its consideration of § 3553(a) factors, sentence is not unreasonable). Having reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues.

Accordingly, we affirm the judgment of the district court.

_____